IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAJ UPARKAR,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and UR JADDOU, Director;<br><br>　　　　　　　　Defendants. | **4:21CV3266**<br><br>**ORDER** |

IT IS HEREBY ORDERED that, pursuant to the Plaintiff's Notice of Voluntary Dismissal (Filing No. 45), this matter is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 18th day of October, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge